IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIAI LEWIS, )<br>)<br>Defendant. ) | Case No. 4:01CR3105 |

### **ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue the August 1, 2007 disposition hearing in this case until a date and time certain for not less than 60 days. Filing 419. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 2nd day of October, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

August 1, 2007.                                         BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge